# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1671

_____

Robert Bell,                              *
                                          *
            Appellant,                    *
                                          *
      v.                                  *
                                          *  Appeal from the United States
St. Louis County Justice Center; Dora     *  District Court for the Eastern
Schriro, (Commissioner) Dr.; Unknown      *  District of Missouri.
Curtis, C.O.; Terry Payne, C.C.;          *
Unknown Jasper, C.O.; C.O. McPhaton;      *      [UNPUBLISHED]
Sheryl Chalmers; Reg. Moore; Lorenzo      *
Chancelor; Carr Gilmore; Unknown          *
Dentist,                                  *
                                          *
            Appellees.                    *

_____

Submitted: September 1, 2004
     Filed: September 10, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

        Robert Bell appeals the district court's preservice dismissal of Bell's 42 U.S.C. § 1983 action. We grant Bell leave to appeal in forma pauperis. In relevant part, Bell claimed Lorenzo Chancelor threatened him and deprived him of various privileges after Bell filed grievances and appeals. We conclude preservice dismissal of this

claim was inappropriate because Bell's allegation, liberally construed, stated a retaliation claim against Chancelor.  See Naucke v. City of Park Hills, 284 F.3d 923, 927-28 (8th Cir. 2002); Burgess v. Moore, 39 F.3d 216, 218 (8th Cir. 1994); Madewell v. Roberts, 909 F.2d 1203, 1206 (8th Cir. 1990).  Having carefully reviewed the record, we conclude Bell's remaining claims were properly dismissed.

We reverse the dismissal and remand to the district court for further proceedings consistent with this opinion.  We affirm in all other respects.

_____